RCC

FILED
MARCH 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) | **08 C 1490** |
| S & S INDUSTRY & MANUFACTURING, INC., | ) ) ) | Judge **JUDGE GRADY MAGISTRATE JUDGE COLE** |
| Defendant. | ) ) | |

## COMPLAINT

Plaintiff CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY ("District Council"), through its attorneys Dowd, Bloch & Bennett, brings this complaint against Defendant S & S INDUSTRY & MANUFACTURING, INC. ("Company") for enforcement of an arbitration award and states:

1. The District Council is a labor organization within the meaning of Section 301(a) of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185(a), that maintains its principal offices in this district. The District Council and its affiliated local unions (collectively, "Union") are the exclusive collective bargaining representative for certain employees of Defendant Company.

2. Defendant Company is an Indiana corporation that does business within this District and is an employer within the meaning of Section 101 of the Labor Management Relations Act ("LMRA"), 29 U.S. C. § 152(2).

1

3. Jurisdiction and venue are vested in this Court under Sections 301(a) and (c) of the LMRA, 29 U.S.C. §§ 185(a) and (c).

4. The Union and the Company are parties to a collective bargaining agreement, effective by its terms from July 22, 2004 through the present ("Agreement").

5. Adhering to procedure set forth in the Agreement, the Union filed a grievance ("Grievance") alleging the Company violated the Agreement by failing to pay a Union member in accordance with the Agreement's terms. On October 2, 2007, the Grievance was referred to the Laborers' Joint Grievance Committee ("Grievance Committee"). Under the Agreement, when a majority of the Grievance Committee members sustains a grievance, the Grievance Committee's decision is final and binding on all parties.

6. On October 2, 2007 the Grievance Committee sustained the Grievance and issued an award ("Award") in favor of the Union. The Award required the Company:

> to pay $2,826.00, less state and federal taxes, to Rogelio Almaraz, and $49.45 to the Work Dues fund, and $1,516.80 to the Laborers' Pension and Health Fund on behalf of Rogelio Almaraz.

7. In addition, under the terms of the Agreement and the Award, the Company is liable to pay all legal fees and costs incurred by the Union to enforce the Award if the Company fails to comply with the Award within seven days of the date the Award was served.

8. On October 3, 2007, the Union served the Company with a copy of the Award at the Company's registered office.

9. At all times since October 3, 2007, the Company has failed and refused to comply with the Award.

10. Accordingly, the Company has breached and continues to breach the Agreement.

WHEREFORE, the Union respectfully requests that this Court enter judgment against S & S INDUSTRY & MANUFACTURING, INC. as follows:

(a) Confirm and enforce the Grievance Committee's Award;

(b) Order S & S INDUSTRY & MANUFACTURING, INC. to pay $2,826.00, less state and federal taxes, to Rogelio Almaraz, and $49.45 to the Work Dues fund, and $1,516.80 to the Laborers' Pension and Health Fund on behalf of Rogelio Almaraz;

(c) Order S & S INDUSTRY & MANUFACTURING, INC. to pay all legal fees and costs incurred by the Union to enforce the Award; and

(d) Order such other relief as the Court deems proper.

Respectfully submitted,

s/Steven W. Jados
One of Plaintiff's Attorneys

Robert E. Bloch
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue - 1900
Chicago, IL 60603
(312) 372-1361