UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

CONSTRUCTION AND GENERAL LABORERS'
DISTRICT COUNCIL OF CHICAGO AND
VICINITY,

      Plaintiff,

Docket Number:

# 08 C 1490

Assigned Judge:

**JUDGE GRADY
MAGISTRATE JUDGE COLE**

      v.

Designated
Magistrate Judge:

S & S INDUSTRY & MANUFACTURING, INC.,

      Defendant.

TO:  S & S INDUSTRY MANUFACTURING, INC.
c/o Eduardo Loza, Registered Agent
3311 Liverpool Road
Lake Station, IN 46405

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert E. Bloch
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_

**(By) DEPUTY CLERK**

Date

**March 12, 2008**

Date

**In the United States District Court**

**For the Northern District of Illinois, Eastern Division**

CASE NAME.: Construction and General Laborers' District Council of Chicago and Vicinity vs. S &S Industry &Manufacturing, Inc.

CASE NUMBER: 08 C 1490

## AFFIDAVIT OF PROCESS SERVER

I, **Aundre Kittles**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **S &S Industry &Manufacturing, Inc. c/o its Registered Agent Eduardo Loza** at his/her place of business located at **3311 Liverpool Road, Lake Station, IN 46405** on **03/26/2008** at **9:30 AM**.
Description: **Sex: Male – Age: 40 – Skin: Hispanic – Hair: Black – Height: 5.5 – Weight: 185**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X. _____
Aundre Kittles

Subscribed and Sworn to Before me on this ____ day of _____, 20__.

_____ Notary Public

11359