IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 08 C 1490 |
| v. | ) Judge Grady |
| S & S INDUSTRY & MANUFACTURING, INC., | ) Magistrate Judge Cole |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AND ENTRY OF FINAL ORDER**

Plaintiff CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY ("District Council"), through its attorneys Dowd, Bloch & Bennett, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 55(b)(2) for default judgment and entry of final order in the form of the attached proposed order against Defendant S & S INDUSTRY & MANUFACTURING, INC. In support of this motion, Plaintiff states as follows:

1. This is a claim against Defendant under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, to enforce a labor arbitration award.

2. The District Council filed its Complaint on March 12, 2008 to enforce a labor arbitration award issued by the Laborers' Joint Grievance Committee ("Grievance Committee") on October 2, 2007.

3. The Grievance Committee's award requires Defendant to pay $4,392.25

(comprised of $2,826.00, less state and federal taxes, to Rogelio Almaraz; $49.45 to the Work Dues fund; and $1,516.80 to the Laborers' Pension and Health Fund on behalf of Rogelio Almaraz).

4. The award also requires Defendant to pay reasonable attorneys' fees and costs incurred by the District Council to enforce the award.

5. Defendant Company was served with the Complaint and Summons on March 26, 2008. (Ex. A.) Return of Service was filed with the Clerk of this Court on April 10, 2008.

6. No attorney has filed an appearance on Defendant's behalf. Defendant has failed to answer the Complaint or otherwise plead and is, therefore, in default. The District Council requests that judgment be entered enforcing the terms of the award as set forth in paragraph 3 of this Motion.

7. The declaration of attorney Steven W. Jados, attached as Exhibit B, describes the attorneys' fees and costs incurred by the District Council in this matter.

8. The District Council seeks reimbursement, in total, of $2,078.41, which consists of $1,599.00 in fees and $479.41 in costs.

WHEREFORE, the District Council respectfully asks that judgment be entered against Defendant in the form of the attached proposed order.

Respectfully submitted,

 s/Steven W. Jados
Steven W. Jados
One of Plaintiff's Attorneys

Robert E. Bloch
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue - 1900
Chicago, IL 60603
(312) 372-1361

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

| | | |
|---|---|---|
| CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, | | |
| Plaintiff, | | |
| | Docket Number: | **08 C 1490** |
| | Assigned Judge: | **JUDGE GRADY**<br>**MAGISTRATE JUDGE COLE** |
| v. | Designated<br>Magistrate Judge: | |
| S & S INDUSTRY & MANUFACTURING, INC., | | |
| Defendant. | | |

TO: S & S INDUSTRY MANUFACTURING, INC.
c/o Eduardo Loza, Registered Agent
3311 Liverpool Road
Lake Station, IN 46405

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert E. Bloch
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Date

**Michael W. Dobbins, Clerk**

**March 12, 2008**

(By) DEPUTY CLERK

Date



EXHIBIT
A

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Construction and General Laborers' District Council of Chicago and Vicinity vs. S &S Industry &Manufacturing, Inc.

CASE NUMBER: 08 C 1490

## AFFIDAVIT OF PROCESS SERVER

I, **Aundre Kittles**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **S &S Industry &Manufacturing, Inc. c/o its Registered Agent Eduardo Loza** at his/her place of business located at **3311 Liverpool Road, Lake Station, IN 46405** on **03/26/2008** at **9:30 AM**.
Description: **Sex: Male – Age: 40 – Skin: Hispanic – Hair: Black – Height: 5.5 – Weight: 185**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X. _Aundre Kittles_
Aundre Kittles

Subscribed and Sworn to Before me on this ____ day of _March_, 20__.

_____ Notary Public

*[Notary seal: "OFFICIAL SEAL" Melissa Broderick, Notary Public, State of Illinois]*

11359

## AFFIDAVIT

**COUNTY OF COOK** )
                           ) SS
**STATE OF ILLINOIS** )

I, Steven W. Jados, of full age, being duly sworn on my oath, depose and say as follows:

1. This affidavit is based on my personal knowledge and, if necessary, I could testify to the facts contained in this affidavit.

2. I am an attorney admitted to the general bar of this Court and the bar of the State of Illinois. I have practiced labor, employment, and employee benefits law since 2006.

3. I am currently associated with the firm Dowd, Bloch & Bennett, and in connection with this position I practice exclusively in the areas of labor, employment, and employee benefits law. I represent the plaintiff in this and other actions brought under the provisions of the Labor Management Relations Act. Mr. Robert E. Bloch, a partner in the firm, has been practicing in the areas of labor, employment, and employee benefits law since 1980. Ms. Michele M. Reynolds, an associate with the firm, has been practicing in the areas of labor, employment, and employee benefits law since 1996. Ms. Lakisha M. Kinsey-Sallis, an associate with the firm, has been practicing in the areas of labor, employment, and employee benefits law since 2005.

4. As of the filing of this motion, the Firm has spent a total of 7.2 hours in conferring with the client, reviewing documents, preparing and reviewing the complaint and related documents, arranging for service on the Company, preparing letters to the Company and to the client, and preparing and reviewing this affidavit and the related motion, notice, proposed order, and other material.

5. I anticipate that after completing this affidavit and filing the motion, I will devote at least

**EXHIBIT B**

two additional hours to the case in preparing for and attending the hearing on the motion, examining any order or orders that may be entered, and informing my client and the defendant of the results; and I therefore seek recovery on behalf of the District Council of the charge which will be made for two hours of my time beyond the hours described above in paragraph four.

6. Our firm charges the District Council a rate of $195.00 per hour for the work of Mr. Bloch and $170.00 per hour for my work and that of Ms. Reynolds and Ms. Kinsey-Sallis. I believe these hourly rates are within the range of what is normal and reasonable for lawyers in this area with these levels of ability and experience.

7. Based on the hours that have been expended and that I anticipate will be expended on behalf of the District Council, the District Council will have incurred attorney fees in the total amount of $1,599.00.

8. In addition to the fees, the District Council seeks recovery of the $350.00 filing fee, $65.00 for service of process fees, $50.00 in e-filing fees, $14.08 in corporate entity search fees, and $0.33 in legal research fees. These costs totaling $479.41 were incurred and have been charged to the District Council.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

_____
Steven W. Jados

Sworn to and subscribed
before me this 24th day
of April, 2008

_____
Notary Public

"OFFICIAL SEAL"
ELSA I. CONTRERAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/14/2009

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1490 |
| v. | ) ) | Judge Grady |
| S & S INDUSTRY & MANUFACTURING, INC., | ) ) ) ) | Magistrate Judge Cole |
| Defendant. | ) | |

**PROPOSED ORDER**

This matter before the Court on the Plaintiff's Motion for Default Judgment and Entry of Final Order. This Court has examined Plaintiff's submissions and is fully informed, and it appears that good cause exists to grant Plaintiff's Motion.

Therefore, IT IS ORDERED as follows:

1. The October 2, 2007 Award of the Laborers' Joint Grievance Committee is enforced.

2. S & S Industry & Manufacturing, Inc., shall pay $2,826.00, less state and federal taxes, to Rogelio Almaraz, and $49.45 to the Work Dues fund, and $1,516.80 to the Laborers' Pension and Health Fund on behalf of Rogelio Almaraz.

3. S & S Industry & Manufacturing, Inc., shall pay: $2,078.41 to Construction and General Laborers' District Council of Chicago and Vicinity for reasonable attorneys' fees and costs incurred in enforcing the October 2, 2007 Award.

4. The Court shall retain jurisdiction in this case to ensure enforcement of this Order.

5. There is no just reason to delay enforcement of this Order.

SO ORDERED.

                                                John F. Grady, J.

Date:_____

**CERTIFICATE OF SERVICE**

I, Steven W. Jados, hereby certify that I have caused to be served the attached Notice of Motion and Plaintiff's Motion for Default Judgment and Entry of Final Order and Proposed Order by electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing at the addresses below on April 25, 2008 before 5:00 p.m., with proper postage prepaid.

    S & S INDUSTRY MANUFACTURING, INC.
    c/o Eduardo Loza, Registered Agent
    3311 Liverpool Road
    Lake Station, IN 46405

                                                                                                       s/Steven W. Jados
                                                                                              Steven W. Jados
                                                                                              One of Plaintiffs' Attorneys