IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1490 |
| v. | ) ) | Judge Grady |
| S & S INDUSTRY & MANUFACTURING, INC., | ) ) ) | Magistrate Judge Cole |
| Defendant. | ) ) | |

## NOTICE OF MOTION

TO:  S & S INDUSTRY MANUFACTURING, INC.
c/o Eduardo Loza, Registered Agent
3311 Liverpool Road
Lake Station, IN 46405

PLEASE TAKE NOTICE that on **Wednesday, May 7, 2008** at **10:30 a.m.**, or as soon thereafter as I may be heard, I will appear before the Honorable John F. Grady, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 2201 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and present Plaintiff's Motion for Default Judgment and Entry of Final Order, a copy of which is attached and served upon you.

                                            Respectfully submitted,

                                            s/Steven W. Jados
                                            Steven W. Jados
                                            One of Plaintiff's Attorneys

Robert E. Bloch
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue - 1900
Chicago, IL 60603
(312) 372-1361