Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1490 | DATE | 5/7/2008 |
| CASE TITLE | Construction & General Labs vs. S&S Industry & Manufacturing | | |

**DOCKET ENTRY TEXT**

Hearing on plaintiff's motion for default judgment held. Plaintiff's motion for default judgment is granted. **Enter Final Order**. The Court shall retain jurisdiction in this case to ensure enforcement of this order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|