

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1490 |
| v. | ) ) | Judge Grady |
| S & S INDUSTRY & MANUFACTURING, INC., | ) ) ) | Magistrate Judge Cole |
| Defendant. | ) ) | |

## ORDER

This matter before the Court on the Plaintiff's Motion for Default Judgment and Entry of Final Order. This Court has examined Plaintiff's submissions and is fully informed, and it appears that good cause exists to grant Plaintiff's Motion.

Therefore, IT IS ORDERED as follows:

1. The October 2, 2007 Award of the Laborers' Joint Grievance Committee is enforced.

2. S & S Industry & Manufacturing, Inc., shall pay $2,826.00, less state and federal taxes, to Rogelio Almaraz, and $49.45 to the Work Dues fund, and $1,516.80 to the Laborers' Pension and Health Fund on behalf of Rogelio Almaraz.

3. S & S Industry & Manufacturing, Inc., shall pay: $2,078.41 to Construction and General Laborers' District Council of Chicago and Vicinity for reasonable attorneys' fees and costs incurred in enforcing the October 2, 2007 Award.

1

    4.    The Court shall retain jurisdiction in this case to ensure enforcement of this Order.

    5.    There is no just reason to delay enforcement of this Order.

SO ORDERED.

_____
John F. Grady, J.

Date: May 7, 2008